DATE: June 4, 2018

REPLY TO ATTN OF: Jody B

SUBJECT: Possibly Related Case
CASE NUMBER: 1:18-cv-619
CASE CAPTION: Corn v. Michigan State University et al

UNITED STATES DISTRICT COURT

# memorandum

FILED - KZ
June 6, 2018 1:07 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb  Scanned by JB 6/6/18

TO: Magistrate Judge Carmody

According to the Complaint

the attorney of record indicates this case is related to the cases listed below:

Judge Gordon J. Quist    Case Number 1:17-cv-29

Case Number _____

Case Number _____

✓ Cognate Case    ____ Case is related    ____ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

✓ (2) arises out of ~~the same~~ a similar transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

_____

Dated: June 6, 2018

Signature: Ellen Carmody

X Direct assignment performed
____ Random assignment performed

Initials: JB    Date: 6-6-18

07/15